IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID POWELL,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          CASE NO. 2:23-CV-352-RAH
                                       )
CAPITAL ONE BANK,                      )
                                       )
            Defendant.                 )
                                       )

## ORDER

On October 25, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 17.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.      The Recommendation (Doc. 17) is ADOPTED.

2.      To the extent the Defendant moves to dismiss Powell's FCRA claim, the Motion to Dismiss (Doc. 10) is GRANTED.  The FCRA claim is dismissed with prejudice and without leave to amend.

3.      The remaining state-law claims shall be remanded to the state court for further proceedings.

The Clerk is DIRECTED to take the steps necessary to remand this case to the District Court of Randolph County, Alabama.  This case is closed.

DONE, on this the 21st day of December 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE